IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AARON SISSECK                                                                    PLAINTIFF

vs.                                          No. 4:25-cv-1313- JM

COMMISSIONER OF SOCIAL SECURITY                               DEFENDANT


ORDER

Defendant's unopposed motion to remand this case to the Social Security Commissioner

(Doc. No. 7) for further proceedings is GRANTED. Based on upon the pleadings and transcript

of the record, the final determination of the Commissioner is reversed, and this case is remanded

pursuant to sentence four of 42 U.S.C. § 405(g). A separate judgment will be entered.

IT IS SO ORDERED this 4th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE