IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AARON SISSECK                                                          PLAINTIFF

vs.                                          No. 4:25-cv-1313- JM

COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT

JUDGEMENT

Pursuant to the order entered this day, judgment is entered in favor of Plaintiff pursuant

to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 4th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE